IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARQUES JOHNSON                                              PLAINTIFF

VS.                    CASE NO. 3:16CV00212 KGB/PSH

CRAIGHEAD COUNTY JAIL
and MARTY BOYD                                              DEFENDANTS

PROPOSED FINDINGS AND RECOMMENDATION

INSTRUCTIONS

The following recommended disposition has been sent to United States District Court Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court Clerk within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

DISPOSITION

Plaintiff Marques Johnson ("Johnson") initiated this action in August of 2016. An answer to the complaint was filed in October 2016. In February 2017 defendant Marty Boyd ("Boyd") filed a motion to dismiss the complaint for Johnson's failure to comply with Local Rule 5.5(c)(2). The Court notified Johnson of his right to respond to Boyd's motion. Docket entry no. 13. When mail was returned as undeliverable to Johnson, the Court entered another order, directing him to file a notice of his current mailing address no later than 30 days after the entry of the Court's order.

Docket entry no. 16.  Johnson has not responded to the Court's directive, and the thirty day period in which to do so has elapsed.

Local Rule 5.5(c)(2) provides:

> Parties appearing *pro se.* It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

Johnson has failed to comply with the Local Rules of the Court.  As a result, we recommend Boyd's motion to dismiss (docket entry no. 11) be granted, and the complaint be dismissed without prejudice.

IT IS SO ORDERED this 11th day of April, 2017.

_____
UNITED STATES MAGISTRATE JUDGE