IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARQUES JOHNSON                                                         PLAINTIFF

v.                      Case No. 3:16-cv-000212 KGB/PSH

CRAIGHEAD COUNTY DETENTION FACILITY                      DEFENDANT

**ORDER**

      Before the Court are two Proposed Findings and Recommendations ("Recommendations") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. Nos. 6, 19). No objections have been filed to either Recommendation, and the time for filing objections has passed. After careful review of the Recommendations, the Court adopts both in their entirety as this Court's findings in all respects. The Court therefore dismisses without prejudice this action for failure to prosecute.

      So ordered this 25th day of August, 2017.

                                                               _____
                                                               Kristine G. Baker
                                                               United States District Judge