IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MARQUES JOHNSON**                                                           **PLAINTIFF**

**v.**                  **Case No. 3:16-cv-000212 KGB/PSH**

**CRAIGHEAD COUNTY JAIL,** *et al.*                             **DEFENDANT**

## JUDGMENT

Consistent with the Order entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice. The relief requested is denied.

So adjudged this 25th day of August, 2017.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge